# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ROBIN SCOTT | **Judgement in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  DPAE2:03CR000283-001<br>USM No.  56841-066<br><br>Benjamin B. Cooper, Esquire<br>Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  A and B  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| A. Standard Condition | Shall not commit another Federal, state or local crime. | November 19, 2009 |
| B. Standard Condition #11 | Shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer. | November 19, 2009 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9414

Defendant's Year of Birth: 1977

City and State of Defendant's Residence:
Allentown, PA 18101

September 12, 2011
Date of Imposition of Judgment

*/s/ James Knoll Gardner*
Signature of Judge

James Knoll Gardner, USDJ
Name and Title of Judge

October 17, 2011
Date

| | |
|---|---|
| DEFENDANT: | ROBIN SCOTT |
| CASE NUMBER: | DPAE2:03CR000283 |

Judgment — Page 2 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

22 MONTHS with no supervision to follow.

- [X] The court makes the following recommendations to the Bureau of Prisons:
  It is recommended to the United States Bureau of Prisons that defendant receive credit for all time served in custody since June 30, 2010 as a result of the sentence imposed on that date for his violation of the terms of supervised release, including the period June 30, 2010 to May 4, 2011 when defendant was serving this sentence concurrently with the Pennsylvania state court sentence of not less than one year, nor more than four years, imposed on defendant by Judge Robert L. Steinberg of the Lehigh County Court of Common Pleas in Lehigh County criminal case number 4921 of 2009 and 4923 of 2009; and including credit for all time served in federal custody since May 4, 2011, all such time served since June 30, 2010 to the present being as a result of the charges, and for the identical acts, for which he is being resentenced herein.

- [X] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district:
  - [ ] at _____ [ ] a.m. [ ] p.m. on _____ .
  - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] before 2 p.m. on _____ .
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: ROBIN SCOTT
CASE NUMBER: DPAE2:03CR000283

Judgment—Page 3 of 3

## ADDITIONAL IMPRISONMENT TERMS

It is further recommended to the United States Bureau of Prisons, if otherwise appropriate, that defendant serve the within sentence at FCI Schuylkill in Minersville, Pennsylvania the federal correctional institution closet to defendant's wife, Dolores Scott; defendant's son, Tasean Scott; and step daughter, Micaela Millan who reside in Allentown, Pennsylvania.